Order entered July 2, 2015



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01330-CV

### IN THE INTEREST OF J.A.H AND J.A.H, CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-13133-R**

## ORDER

On December 10, 2014, Kendra Thibodeaux, Certified Shorthand Reporter, notified the Court that the reporter's record had not been filed because appellant had not paid or made arrangements to pay the fee for the record. In a letter dated December 11, 2014, the Court instructed appellant to file, within ten days, written verification that appellant has requested preparation of the reporter's record and has paid or made arrangements to pay the reporter's fee. We cautioned appellant that if the Court did not receive the required documentation within the specified time, the Court may order the appeal submitted without the reporter's record. As of today's date, appellant has not provided the required documentation. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief is due **MONDAY, AUGUST 3, 2015**.

/s/  ELIZABETH LANG-MIERS
    JUSTICE